# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 18-08581-VBF (AS) | Date | October 18, 2018 |
|---|---|---|---|
| Title | Aldo Corado v. Commissioner of Social Security | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| N/A | N/A |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE

On October 5, 2018, Plaintiff Aldo Corado filed a Complaint seeking judicial review of a decision of the Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g) and 28 U.S.C. § 1361. (Docket Entry No. 1.) On October 10, 2018, the Court issued a "Notice to Filer of Deficiencies in Electronically Filed Documents", (Docket Entry No. 4), requiring Plaintiff to file an Amended Application for Leave to Proceed In Forma Pauperis".

As of the date of this Order, Plaintiff has failed to file an Amended Application for Leave to Proceed In Forma Pauperis or request an extension of time to do so. Therefore, Plaintiff is ORDERED TO SHOW CAUSE, within **seven (7) days** of the date of this Order (or no later than October 25, 2018), why this action should not be dismissed with prejudice for failure to prosecute and failure to comply with the Court's Order. Alternatively, Plaintiff may discharge this Order to Show Cause by filing a Amended Application for Leave to Proceed In Forma Pauperis (form CV-60).

IT IS SO ORDERED.

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | AF | |